

ALEX@SAKIN-LAW.COM
SAKIN-LAW.COM
917.509.7573

5 WEST 37TH STREET
SUITE 638
NEW YORK, NY
10018-6222

**MEMO ENDORSED**

May 12, 2023

**BY ECF**
Hon. Edgardo Ramos
U.S. District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Back v. Bank Hapoalim, B.M.* et al., 23-cv-2040-ER

Dear Judge Ramos:

I write on behalf of Plaintiff Sol Back, and write, with the consent of Defendants, to respectfully request an adjournment of the June 1, 2023 conference concerning Defendants' contemplated Motion to Dismiss, to June 8, 2023, or to another date convenient to the Court.

This the first such request, and is necessary because on June 1, 2023, I am due to appear for a previously-scheduled mediation in another matter.  In the event that June 8, 2023 is not convenient to the Court, I would respectfully put forth any subsequent date in June, except for June 21, June 22, June 23, and June 30, 2023.

Respectfully,

/s/ Alexander Sakin

Alexander Sakin

---

The pre-motion conference is adjourned to June 9, 2023 at 9:30 a.m.  The parties are reminded to call (877) 411-9748 and enter access code 3029857# when prompted.  SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: May 15, 2023
New York, New York