**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
SOL BACK,

                             Plaintiff,

              -against-                                      23 **CIVIL** 2040 (ER)

                                                            <u>**JUDGMENT**</u>

BANK HAPOALIM, B.M. and GIL KARNI,

                             Defendant.
------------------------------------------------------------X


         It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion & Order dated March 21, 2024, Defendant's motion to dismiss is

GRANTED. Accordingly, the case is closed.

**Dated:**  New York, New York

         March 21, 2024


                                        **RUBY J. KRAJICK**
                                        **Clerk of Court**


                          BY:     _____

                                        **Deputy Clerk**